<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2219**

PYI SONE AYE,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted: April 19, 2010             Decided: May 10, 2010

Before KING, AGEE, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Carmen DiAmore-Siah, LAW OFFICE OF CARMEN DIAMORE-SIAH,
Honolulu, Hawaii, for Petitioner. Tony West, Assistant Attorney
General, Ernesto H. Molina, Jr., Assistant Director, Anthony P.
Nicastro, Senior Litigation Counsel, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pyi Sone Aye, a native and citizen of Burma, petitions for review of an order of the Board of Immigration Appeals ("Board") summarily dismissing his appeal pursuant to 8 C.F.R. § 1003.1(d)(2)(i)(A), (E) (2009). We have reviewed the record and the Board's order and find no abuse of discretion. Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Aye (B.I.A. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2